No. 5067.* SLOATMAN v. GIBBONS ET AL. Sup. Ct. Ariz. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of this Court's decision in *Boddie* v. *Connecticut,* 401 U. S. 371. MR. JUSTICE DOUGLAS is of the opinion that judgment should be reversed. *Boddie* v. *Connecticut, supra.* ▪

No. 5111. DROTAR v. UNITED STATES. C. A. 5th Cir. Reported below: 416 F. 2d 914;

No. 5927. WEBER v. UNITED STATES. C. A. 9th Cir. Reported below: 429 F. 2d 148;

No. 6306. COCHRAN v. UNITED STATES. C. A. 9th Cir. Reported below: 432 F. 2d 1356; and

No. 6645. MILLER v. UNITED STATES. C. A. 6th Cir. Reported below: 437 F. 2d 1199. Motions for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for reconsideration in light of this Court's decisions in *Leary* v. *United States,* 395 U. S. 6 (1969), and *United States* v. *United States Coin & Currency,* 401 U. S. 715.

No. ——. PRUETT v. TEXAS. Ct. Crim. App. Tex. Application for stay denied. MR. JUSTICE STEWART is of the opinion that the application should be granted.

No. 48, Orig. MISSISSIPPI v. ARKANSAS. [Motion for leave to file bill of complaint granted, 400 U. S. 1019.] Application for stay of proceedings in Chancery Court of Chicot County, Arkansas, in *Arkansas Land & Cattle Co.* v. *Anderson-Tully Co.,* Civil Action No. 10,177, referred to Special Master for report and recommendation.

*For separate opinion of BLACK, J., see No. 5048, *Meltzer* v. *LeCraw & Co., infra.*